IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF | ) | |
|---|---|---|
| OLDER PENDING | ) | **MEMORANDUM AND ORDER** |
| RULE 35(b) MOTIONS | ) | |

There are currently pending before me a variety of older Rule 35(b) motions that have not been resolved. I would like a status report from government's counsel in each of these cases. Therefore,

IT IS ORDERED that in each of the below described cases and on or before February 21, 2006, the government shall file in the court file a status report advising when the pending Rule 35(b) motion may be resolved. The cases to which this order pertains are:

| Case Number | Defendant's Name | Date Sentenced | Date Rule 35(b) Motion filed |
|---|---|---|---|
| 4:99CR3052 | Saenz, Efren | 3/19/03 | 3/17/04 |
| 4:01CR3089 | Young, Michele | 9/15/03 | 9/9/04 |
| 4:01CR3109 | Bachman, Joshua | 6/28/02 | 6/26/03 |
| 4:01CR3127 | Bachman, Scott | 9/19/02 | 9/16/03 |
| 4:02CR3106 | Attisha, Amar Ghanim | 7/10/03 | 7/08/04 |
| 4:02CR3106 | Palm, Stuart Melvin | 10/02/03 | 9/27/04 |
| 4:02CR3107 | Mendoza, Roberto | 8/5/03 | 7/29/04 |
| 4:02CR3165 | Beltran, Oscar | 4/30/03 | 4/29/04 |
| 4:02CR3165 | Beltran, Vicente | 6/17/03 | 5/24/04 |
| 4:02CR3168 | Gonzalez, Aaron | 9/08/03 | 8/30/04 |
| 4:02CR3192 | Carillo, Seferino | 11/24/03 | 11/19/04 |
| 4:02CR3204 | Malone, James | 7/23/03 | 7/16/04 |
| 4:02CR3210 | Phipps, Walter A. | 9/8/03 | 9/29/04 |
| 4:03CR3005 | Audelo, Manuel O. | 11/10/03 | 11/5/04 |
| 4:03CR3007 | Solorio, Raul Arriage | 10/24/03 | 10/21/04 |

| Case Number | Defendant's Name | Date Sentenced | Date Rule 35(b) Motion filed |
|---|---|---|---|
| 4:03CR3014 | Evans, Stephan B. | 10/27/03 | 9/16/04 |
| 4:03CR3019 | Guzman, Gumaro R. | 8/19/03 | 8/11/04 |
| 4:03CR3021 | Harrison, Rayjeanna | 7/23/03 | 7/21/04 |
| 4:03CR3022 | Sims, Alan K. | 7/07/03 | 6/21/04 |
| 4:03CR3024 | Uldrich, Michael | 9/10/03 | 9/9/04 |
| 4:03CR3027 | Espinoza, Belinda A. | 11/21/03 | 11/12/04 |
| 4:03CR3068 | Fish, Jay T. | 11/7/03 | 11/04/04 |
| 4:03CR3076 | Reyes, Vicente Luis | 12/19/03 | 12/03/04 |

February 3, 2006                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge